Opinion issued August 25, 2015



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00449-CV

————————————

**NESTOR BILFREDO MENA, Appellant**

**V.**

**DYCK-O'NEAL INC., Appellee**

---

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-67958**

---

## MEMORANDUM OPINION

Appellant, Nestor Bilfredo Mena, has filed a motion for dismissal of his appeal, stating that the parties have settled. *See* TEX. R. APP. P. 42.1(a)(1). Although the motion does not contain a certificate of conference, it has a certificate of service on the appellee and more than ten days have passed with no response

filed.  *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2).  No other party has filed a notice of appeal and no opinion has issued.  *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).  We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Brown.